IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| MIKAIL COLLIER | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No:   4:14-cv-4103 |
| | ) | |
| v. | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| ROCK ISLAND POLICE OFFICER PHIL | ) | |
| LEDBETTER; THE CITY OF ROCK | ) | |
| ISLAND; and UNKNOWN OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Matthew P. Pappas of Pappas Davidson O'Connor & Fildes, P.C. and hereby enters his appearance on behalf of Defendants, The City of Rock Island and Phillip Ledbetter.

Dated: January 7, 2015

                                        Respectfully submitted,

                                        PAPPAS DAVIDSON O'CONNOR & FILDES, P.C.

        By:    */s/ Matthew P. Pappas*
                  Matthew P. Pappas
                  Jeffrey D. Wright
                  1617 Second Avenue, Suite 300
                  Rock Island, IL 61201
                  Telephone: (309) 788-7110
                  Facsimile: (309) 788-2773
                  Email: mpappas@pdoflegal.com
                  Email: jwright@pdoflegal.com

PROOF OF SERVICE

       I hereby certify that on January 7, 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Al Hofeld, Jr.
Law Offices of Al Hofeld Jr.
1525 E. 53rd Street, Ste. 832
Chicago, IL  60615
Telephone: (773) 241-5844
Facsimile: (773) 241-5845
Email: al@alhofeldlaw.com

                                                       */s/ Matthew P. Pappas*