**E-FILED**
Thursday, 26 February, 2015  05:28:39 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| MIKAIL COLLIER | ) | |
| | ) | |
|       Plaintiff, | ) | Civil Action No: 4:14-cv-4103 |
| | ) | |
|       v. | ) | Judge Sara Darrow |
| | ) | |
| ROCK ISLAND POLICE OFFICER | ) | Magistrate Judge Jonathan E. Hawley |
| PHIL LEDBETTER; THE CITY OF | ) | |
| ROCK ISLAND; and UNKNOWN | ) | **Jury Trial Demanded** |
| OFFICERS, | ) | |
| | ) | |
|       Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**REQUEST FOR HEARING ON DEFENDANTS' MOTION TO DISMISS**

Plaintiff Mikail Collier ("Mr. Collier" or "plaintiff"), through counsel, respectfully submits the following response to defendants Phillip Ledbetter and City of Rock Island's (collectively "defendants") request for hearing on their motion to strike and dismiss Counts I-III (*Monell* only), V (False Arrest and False Imprisonment), VII (*Respondeat Superior*) and IX (Punitive Damages) of plaintiff's complaint:

1.      When ruling on a motion to dismiss, the court need not and should not determine issues of fact: it accepts well-pleaded allegations as true, and must "draw all reasonable inferences in [plaintiff's] favor from those allegations." *Abcarian v. McDonald*, 617 F.3d 931, 933 (7th Cir. 2010).  Thus, this court need only determine and apply existing law to the facts alleged in plaintiff's complaint in order to rule on defendants' motion.

2.      The relevant legal points and authorities are fully presented to the Court. Oral argument is unlikely to further enlighten the Court as to the applicable law in the parties' respective briefs.

1

3.      For at least the reasons stated above, the Court should deny defendants'

request for hearing on their motion to dismiss Counts I-III (*Monell* only), V (False Arrest and

False Imprisonment), VII (*Respondeat Superior*) and IX (Punitive Damages) of plaintiff's

complaint.

Respectfully submitted,

/s/ Al Hofeld
Al Hofeld Jr.

Al Hofeld, Jr.
Hanan E. Van Dril
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.
1525 East 53rd Street, Suite #832
Chicago, Illinois 60615
773-241-5844
al@alhofeldlaw.com

## NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Al Hofeld, Jr., attorney for plaintiffs, hereby certify that on February 26, 2015, filing and service of the foregoing *Plaintiff's Response in Opposition to Defendants' Request for Hearing on Defendants' Motion to Dismiss,* was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Al Hofeld
Al Hofeld Jr.

Al Hofeld, Jr.
LAW OFFICES OF AL HOFELD, JR., LLC
and the Social Justice Project, Inc.
1525 East 53rd Street, Suite 832
Chicago, Illinois 60615
(773) 241-5844
(773) 241-5845 (FAX)
al@alhofeldlaw.com
www.alhofeldlaw.com