## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| MIKAIL COLLIER, | )<br>)<br>) |
| Plaintiff, | ) Case No. 4:14-cv-4103<br>) |
| v. | )<br>) |
| ROCK ISLAND POLICE OFFICER PHILLIP LEDBETTER; THE CITY OF ROCK ISLAND; and UNKNOWN OFFICERS, | )<br>)<br>) **Jury Demanded**<br>) |
| Defendants. | )<br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that counsel for plaintiff Mikail Collier is filing an Additional Appearance in the above-referenced matter, a copy of which is attached and hereby served upon you.

/s/ Hanan Van Dril
Hanan Van Dril

Hanan E. Van Dril
Attorney
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.,
1525 East 53rd Street, Suite 832
Chicago, Illinois  60615
(773) 241-5844
(773) 241-5845 (FAX)
hanan@alhofeldlaw.com
www.alhofeldlaw.com

**NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Hanan Van Dril, attorney for plaintiff, hereby certify that on April 22, 2015, filing and service of the foregoing *Notice of Filing* was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      /s/ Hanan Van Dril
      Hanan Van Dril

Hanan E. Van Dril
Attorney
LAW OFFICES OF AL HOFELD, JR., LLC
and The Social Justice Project, Inc.,
1525 East 53rd Street, Suite 832
Chicago, Illinois  60615
(773) 241-5844
(773) 241-5845 (FAX)
al@alhofeldlaw.com
www.alhofeldlaw.com